IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TARA S. FRAHM, as mother and next Friend of MAISON FRAHM, a minor; and TARA S. FRAHM, Individually, | ) ) ) ) | CASE NO.: 8:11CV141 |
| Plaintiffs, | ) ) ) | **ORDER ON STIPULATION OF DISMISSAL** |
| vs. | ) ) | |
| METROPOLITAN PROPERTY & CASUALTY INSURANCE COMPANY, of Warwick, RI, | ) ) ) ) | |
| Defendant. | ) | |

After considering the parties Stipulation of Dismissal, the Court hereby GRANTS the stipulation and dismisses the case with prejudice.

DATED: _____June 1_____, 2011.

_____
U.S. District Judge

Approved and Entry Requested:

  /s/   Larry Demerath
Larry Demerath, #10978
Demerath Law Offices
406 N. 130th Street, Suite 102
Omaha, NE  68154-2187
demerathlaw@aol.com
*Attorney for Plaintiff*

  /s/   David L. Welch
David L. Welch, #18881
William E. Rooney, III, #24281
PANSING HOGAN ERNST & BACHMAN LLP
10250 Regency Circle, Suite 300
Omaha, NE  68114
dwelch@pheblaw.com
wrooney@pheblaw.com
*Attorneys for Defendant*